**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
FILED
July 6, 2006
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | § |
| *Respondent/Plaintiff,* | § |
| vs. | §  No. 3:97-CR-0055-R (03) |
| | § (No. 3:06-CV-0076-R) |
| **DATARVUS TRAYLOR,** | § |
| *Petitioner/Defendant.* | § |

## ORDER

United States Magistrate Judge William F. Sanderson filed Findings, Conclusions and a Recommendation in this case on March 20, 2006. No objections were filed. The Court has reviewed the Magistrate Judge's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b) for plain error. Finding none, the Court **ACCEPTS** those findings as the findings of this Court.

**IT IS SO ORDERED.**

**SIGNED: July 6, 2006.**

*Jerry Buchmeyer*

_____
**JUDGE JERRY BUCHMEYER**
**SENIOR U.S. DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**